# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Donna Marshall

                    Plaintiff,

v.                                                 Case No.: 1:19−cv−03718

                                                          Honorable John J. Tharp Jr.

Grubhub Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 20, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to dismiss for lack of subject matter jurisdiction [60] is taken under advisement and will be addressed alongside defendant's currently pending motion to dismiss [31]. Plaintiff's response, if any, is due by 2/8/2021. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.