IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNA MARSHALL, individually and on behalf of others similarly situated, | ) ) | |
| | ) | Case No. 1:19-cv-03718 |
| Plaintiff, | ) | |
| | ) | Judge Nancy L. Maldonado |
| v. | ) | |
| | ) | Mag. Judge Gabriel Fuentes |
| GRUBHUB INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's March 09, 2023 Minute Entry, (Dkt. # 171), Plaintiff Donna Marshall and Defendant Grubhub Inc. ("Grubhub") hereby submit the following Joint Status Report:

The parties hereby report that they have reached an agreement in principle to settle this matter, and the parties therefore request that all pending motions and deadlines for any objections be stayed and/or held in abeyance for twenty-eight (28) days, to and including April 21, 2023, thereby allowing the parties sufficient time to document and finalize their agreement.

Respectfully submitted,

**DONNA MARSHALL**

By: _/s/ Alexander H. Burke_
    One of Her Attorneys

Alexander H. Burke
Daniel JH. Marovitch
**BURKE LAW OFFICES, LLC**
909 Davis St., Suite 500
Evanston, Illinois 60201
(312) 729-5287
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

**GRUBHUB INC.**

By: _/s/ Isaac J. Colunga_
    One of Its Attorneys

Bart T. Murphy
Isaac J. Colunga
**ICE MILLER LLP**
200 W. Madison St., Ste. 3500
Chicago, Illinois 60606
(312) 726-7157
bart.murphy@icemiller.com
isaac.colunga@icemiller.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on March 23, 2023 he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois. A copy of the foregoing will be served on the following counsel of record by the Clerk's CM/ECF system.

Alexander H. Burke
Daniel JH. Marovitch
Burke Law Offices, LLC
909 Davis St., Suite 500
Evanston, IL 60201
(312) 729-5287
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

Justin T. Holcombe
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189
(770) 427-5600
jholcombe@skaarandfeagle.com

*Counsel for Plaintiff*

*/s/ Isaac J. Colunga*