IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 19 CV 3718 |
| v. | ) |
| | ) Judge Maldonado |
| GRUBHUB, INC. | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

NOW COME the Parties, Plaintiff Donna Marshall and Defendant Grubhub Inc., by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs.

The claims of the putative, uncertified class are dismissed *without* prejudice.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| **DONNA MARSHALL** | **GRUBHUB INC.** |
| | |
| s/Alexander H. Burke | s/ Bart T. Murphy (with permission) |
| By one of Plaintiff's attorneys | By one of Defendant's attorneys |
| Alexander H. Burke | Bart T. Murphy (#6181178) |
| Daniel J. Marovitch | Isaac J. Colunga |
| BURKE LAW OFFICES, LLC | ICE MILLER LLP |
| 909 Davis St., Ste. 500 | 200 West Madison St., Ste. 3500 |
| Evanston, IL 60201 | Chicago, IL 60606 |
| 312-729-5288 | 312-726-7157 |
| aburke@burkelawllc.com | bart.murphy@icemiller.com |
| dmarovitch@burkelawllc.com | isaac.colunga@icemiller.com |