# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Donna Marshall

                Plaintiff,

v.                                            Case No.: 1:19−cv−03718

                                                    Honorable Nancy L. Maldonado

Grubhub Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 3, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Based on the parties' stipulation of dismissal pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff Donna Marshall's individual claims are dismissed with prejudice and without costs. The claims of the putative, uncertified class are dismissed without prejudice. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.